UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KISHA BROWN,<br><br>   Plaintiff,<br><br>vs.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>   Defendant, | 2:10:cv-544-JCM-RJJ<br><br>REPORT & RECOMMENDATION<br>OF UNITED STATES<br>MAGISTRATE JUDGE |

  This matter was submitted to the undersigned Magistrate Judge to determine the status of this case. Upon review, the Court makes the following findings.

  1. On April 15, 2010, Plaintiff, Kisha Brown filed an Application to Proceed *In Forma Pauperis* (#1) with a proposed complaint attached thereto.

  2. Said Application (#1) was denied without prejudice and Plaintiff was ordered to file a new IFP Application and complaint. *See*, Order (#2).

  3. On June 21, 2010, Plaintiff filed a new IFP and complaint. *See*, Motion (#4).

  4. On July 2, 2010, the Court issued an Order (#9) setting a hearing for August 25, 2010, on the Application for *In Forma Pauperis* (#4) and two other Motions (#7 & #8) filed by the Plaintiff.

  5. On August 24, 2010, the Court granted Plaintiff's request for an extension of time to September 23, 2010, to file an amended complaint. *See,* Order (#13).

  6. Plaintiff failed to attend the hearing scheduled for August 25, 2010.

1    7.    On November 10, 2010, the Court entered an Order (#14) scheduling a second
2          hearing on the Application for *In Forma Pauperis* (#4).
3    8.    The Order (#14) was served on the Plaintiff, Kisha Brown by the United States
4          Postal Service via certified mail. *See*, Certified Mail Receipt (#15).
5    9.    Said Certified Mail was returned to the Court and was marked by the United
6          States Postal Service "Return to Sender Unclaimed Unable to Forward."
7    10.   Plaintiff failed to attend the hearing scheduled for November 10, 2010.
8    11.   Plaintiff failed to file an amended complaint by September 23, 2010. *See*, Order
9          (#13).
10   12.   Plaintiff failed to provide a current address to the Court as required by the rules of
11         this court and evidenced by the returned mail by the United States Postal Service.
12         *See*, Returned Mail (#16 & #17).
13   13.   Plaintiff has failed to prosecute this case and appears to have abandoned this
14         litigation.

## **RECOMMENDATION**

Based on the foregoing and good cause appearing therefore,

IT IS THE RECOMMENDATION of the undersigned Magistrate Judge that this case be DISMISSED WITH PREJUDICE.

## **NOTICE**

Pursuant to Local Rule IB 3-2 [former LR 510-2] any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within fourteen (14) days after service of this Notice. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. Thomas v. Arn, 474 U.S. 140 (1985), reh'g denied, 474 U.S. 1111 (1986). This Circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order

. . . .

. . . .

1  and/or appeal factual issues from the order of the District Court.  <u>Martinez v. Ylst</u>, 951 F.2d
2  1153 (9th Cir. 1991); <u>Britt v. Simi Valley United Sch. Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).
3      DATED this <u> 27th </u> day of December, 2010.

                                                         ROBERT J. JOHNSTON
                                                         United States Magistrate Judge